Order Entered on
February 28, 2024
by Clerk U.S. Bankruptcy Court
Southern District of California

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In re:

ASHKAN MIRFAKHR RAJAEE
NASSIM RAJAEE

Debtors.

BANKRUPTCY NO.: 24-00617-Cl11
Date of Hearing: 05/06/2024
Time of Hearing: 2:30 PM
Name of Judge: Christopher B. Latham

## ORDER RE: STATUS CONFERENCE ON CHAPTER 11 PETITION

IT IS HEREBY ORDERED as set forth on the continuation page(s) attached, numbered two (2) through three (3).

DATED: February 28, 2024

Judge, United States Bankruptcy Court

Page 2 | ORDER RE: STATUS CONFERENCE ON CHAPTER 11 PETITION

In re Ashkan Mirfakhr Rajaee and Nassim Rajaee                                          Case No. 24-00617-Cl11

The Court, having considered Debtor's Voluntary Chapter 11 Petition, and good cause appearing,

ORDERS that pursuant to 11 U.S.C. §105(d)(1) and (2) a status conference in the above-entitled proceeding has been set for **May 6, 2024, at 2:30 p.m.**, in Department 5, Room 318, Jacob Weinberger U.S. Courthouse, 325 West "F" Street, San Diego, CA 92101-6989.  Debtor, or a responsible officer, is ordered to personally appear at the status conference, unless appearance is excused in advance of the hearing for good cause.

BE ADVISED that prior to the status conference, Debtor should have complied with all applicable federal and local rules of bankruptcy procedure as well as United States Trustee Program Policy and Practices ("USTPP"). These may include, but are not limited to:

- Closure of pre-petition bank accounts and proof of new bank accounts (11 U.S.C. § 345; USTPP 3-3.2.2)

- Enrollment of the US Trustee as a notice party on insurance policies (USTPP 3-3.2.3)

- Submission of all applications for employment (11 U.S.C. § 327(a); LBR 2014-1)

- Submission of application for insider compensation, if applicable (LBR 2016-2 and 4002-2).  Note that approval of employment for the general counsel of Debtor will not typically be granted until the requirements of this order have been satisfied.

- Submission of motion for use of cash collateral, if applicable (FRBP 4001; LBR 9014). Motions for use of cash collateral, or consent of the affected lender, are required as part of the initial filing requirements for all encumbered income producing property. All such motions and stipulations for use of cash collateral must be noticed to creditors and parties in interest as required by Bankruptcy Rule 4001, Local Bankruptcy Rule 4001.  Debtor must comply with the requirements of Appendix D-2, and ensure that all information contained as part of the form motions for use of cash collateral developed for use in the Central District of California is part of the evidence submitted in support of the motion.

- Submission of application for establishment of a claims bar date (LBR 3003)

- Submission of the first operating report, if due (11 U.S.C. § 1106(a)(7); USTPP 3-3.3)

- Filing of a 90-day cash flow budget, as well as all schedules, statements, and exhibits (11 U.S.C. § 521(a)(1); USTPP 3-3.3.3)

Signed by Judge Christopher B. Latham February 28, 2024

No later than one week before the initial status conference, and every continued status conference thereafter, the Debtor must file a status report addressing the status of each of these matters, if applicable in the case. If the Debtor does not file this status report or comply with any of these requirements to the extent applicable, the Court may dismiss the case under 11 U.S.C. §§ 105(a) and 1112(b). The Court may impose other sanctions, including disgorgement of counsel's fees under 11 U.S.C. § 329, as may be appropriate given the Court's statutory and inherent authority to enforce compliance with its orders.

IT IS SO ORDERED.

Signed by Judge Christopher B. Latham February 28, 2024