# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 2/28/2024 |
| Case: 24–00617–CL11 | Form ID: pdfO15 | Total: 35 |

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     ustp.region15@usdoj.gov
aty     Elvina Rofael     elvina.rofael@usdoj.gov
aty     Leslie A. Cohen     leslie@lesliecohenlaw.com

                                                                                                          TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Ashkan Mirfakhr Rajaee     6625 Muirlands Dr     La Jolla, CA 92037
jdb     Nassim Rajaee     6625 Muirlands Dr     La Jolla, CA 92037
15073908     American Express     P.O. Box 981535     El Paso, TX 79998
15073909     American Express Legal     Attn: Aaron Baldaro     199 S Los Robles Avenue No. 540     Pasadena, CA 91101
15073910     Astute Legal Solicitors & Advocates     36–37 Albert Embankment     London,SE1 7TL United Kingdom
15073911     B Riley     Attn: Emily Hayes     299 Park Avenue, 21st Fl     New York, NY 10171
15073912     BMO Canada     P.O. Box 11064     Station Centre–Ville     Montreal QC H3C 5A2,
15073913     BNSK Attn: Ethan Brown     c/o Brown, Neri, Smith & Khan LLP     11601 Wilshire Blvdsuite 300     Los Angeles, CA 90025
15073914     Canada Revenue Agency     1 Front St W     Toronto, ON CANADA, M5J 2X6
15073915     Capital One     P.O. Box 500, Stn. D     Scarborough,     Ontario CANADA, M1R 0C2
15073916     Capital One Financial Corp     1680 Capital One Drive     McLean, VA 22102–3491
15073917     Citibank N.A.     c/o Quality Loan Service Corp     2763 Camino Del Rio S     San Diego, CA 92108
15073918     Fox Rothchild     Attn: Glenda Martinez     10250 Constellation Blvd. Ste 900     Seattle, WA 9067
15073919     Franchise Tax Board     Bankruptcy Section, MS: A–340     P. O. Box 2952     Sacramento, CA 95812–2952
15073920     Hub Suite, Inc.     c/o Sergio Antonucci     9159 w. Flamingo Rd, #105     Las Vegas, NV 89147
15073921     Internal Revenue Service     P.O. Box 7346     Philadelphia, PA 19101–7346
15073922     J. Andrew Wright/ Steven J Pearse     Chapman Glucksman     11900 W. Olympic Blvd. Ste. 800     Los Angeles, CA 90064
15073923     Kopple Klinger & Elbaz LLP     Attn: Leslie Klinger     10866 Wilshire Blvd Suite 1500     Los Angeles, CA 90024
15073925     Lone Mountain Aircraft     1251 W Blee Rd, Hangar 1     Springfield, OH 45502
15073924     Lone Mountain Aircraft     c/o Jonathan Ewing, Aero Law Center     1100 Lee Wagener Blvd., Ste 211     Fort Lauderdale, FL 33315
15073926     Lone Mountain Aircraft Management LLC     Attn: Mark Rogers     2460 Greentree Rd HNGR 12     Lebanon, OH 45036
15073927     Majid Rajaee     54 Loggers Trail     Stouffville, Ontario Canada
15073928     Media Magnet, LLC     1401 21st St., Ste R     Sacramento, CA 95811
15073929     Midway Rent a Car, Inc.     c/o Richard Scott The Molino Firm     4751 Wilshire Blvd. Ste. 207     Los Angeles, CA 90010
15073930     Miller Thomson LLP Attn: Millter Thomson     Scotia Plaza 40 King Street West     Suite 5800     P.O. Box 1011     Toronto, N M5H 3S1 Canada
15073931     San Diego City Administration     202 C St.     San Diego, CA 92101
15073932     San Diego County Treasurer Tax Collector     1600 8. Pacific Hwy     Room 162     San Diego, CA 92101
15073933     Select Portfolio Servicing, Inc.     c/o National Default Servicing Corp     7720 N. 16th St, Ste. 300     Phoenix, AZ 85020
15073934     TopDevs, LLC     Attn: Tyler Davis     149 Parkshore Drive     Folsom, CA 95630
15073935     TopDevz, LLC     Attn: Tyler Davis     149 Parkshore Drive     Folsom, CA 95630
15073936     TopDevz, LLC and Tyler Davis     c/o Kenneth R. Reynolds, Esq.     2020 Hurley Way, Suite 210     Sacramento, CA 95825
15073937     Wells Fargo     150 E. 42nd Street     New York, NY 10017

                                                                                             TOTAL: 32