CSD1147
06/05

## United States Bankruptcy Court
### Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 8:30am – 4:30pm Monday–Friday

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

**Ashkan Mirfakhr Rajaee**
6625 Muirlands Dr
La Jolla, CA 92037

Case number: 24–00617–CL11
Chapter: 11
Judge Christopher B. Latham

Social Security No.: xxx–xx–6511
*Debtor: No Known Aliases*

**Nassim Rajaee**
6625 Muirlands Dr
La Jolla, CA 92037

Social Security No.: xxx–xx–8323
*Joint Debtor: No Known Aliases*

## NOTICE OF STATUS CONFERENCE ON CHAPTER 11 PETITION

TO PARTIES IN INTEREST:

**YOU ARE HEREBY NOTIFIED** that pursuant to 11 U.S.C. § 105(d)(1) and (2) an informal status conference in the above–entitled proceeding has been set for 5/6/24 at 02:30 PM, in Department 5, Room 318, Jacob Weinberger U.S. Courthouse, 325 West F Street, San Diego, CA 92101–6991.

Dated: 2/29/24

Michael Williams
Clerk of the Bankruptcy Court