# Notice Recipients

District/Off: 0974–3  User: Admin.  Date Created: 2/29/2024
Case: 24–00617–CL11  Form ID: 1147  Total: 35

**Recipients of Notice of Electronic Filing:**
ust        United States Trustee        ustp.region15@usdoj.gov
aty        Elvina Rofael        elvina.rofael@usdoj.gov
aty        Leslie A. Cohen        leslie@lesliecohenlaw.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Ashkan Mirfakhr Rajaee        6625 Muirlands Dr        La Jolla, CA 92037
jdb        Nassim Rajaee        6625 Muirlands Dr        La Jolla, CA 92037
15073908        American Express        P.O. Box 981535        El Paso, TX 79998
15073909        American Express Legal        Attn: Aaron Baldaro        199 S Los Robles Avenue No. 540        Pasadena, CA 91101
15073910        Astute Legal Solicitors & Advocates        36–37 Albert Embankment        London,SE1 7TL United Kingdom
15073911        B Riley        Attn: Emily Hayes        299 Park Avenue, 21st Fl        New York, NY 10171
15073912        BMO Canada        P.O. Box 11064        Station Centre–Ville        Montreal QC H3C 5A2,
15073913        BNSK Attn: Ethan Brown        c/o Brown, Neri, Smith & Khan LLP        11601 Wilshire Blvdsuite 300        Los Angeles, CA 90025
15073914        Canada Revenue Agency        1 Front St W        Toronto, ON CANADA, M5J 2X6
15073915        Capital One        P.O. Box 500, Stn. D        Scarborough,        Ontario CANADA, M1R 0C2
15073916        Capital One Financial Corp        1680 Capital One Drive        McLean, VA 22102–3491
15073917        Citibank N.A.        c/o Quality Loan Service Corp        2763 Camino Del Rio S        San Diego, CA 92108
15073918        Fox Rothchild        Attn: Glenda Martinez        10250 Constellation Blvd. Ste 900        Seattle, WA 9067
15073919        Franchise Tax Board        Bankruptcy Section, MS: A–340        P. O. Box 2952        Sacramento, CA 95812–2952
15073920        Hub Suite, Inc.        c/o Sergio Antonucci        9159 w. Flamingo Rd, #105        Las Vegas, NV 89147
15073921        Internal Revenue Service        P.O. Box 7346        Philadelphia, PA 19101–7346
15073922        J. Andrew Wright/ Steven J Pearse        Chapman Glucksman        11900 W. Olympic Blvd. Ste. 800        Los Angeles, CA 90064
15073923        Kopple Klinger & Elbaz LLP        Attn: Leslie Klinger        10866 Wilshire Blvd Suite 1500        Los Angeles, CA 90024
15073925        Lone Mountain Aircraft        1251 W Blee Rd, Hangar 1        Springfield, OH 45502
15073924        Lone Mountain Aircraft        c/o Jonathan Ewing, Aero Law Center        1100 Lee Wagener Blvd., Ste 211        Fort Lauderdale, FL 33315
15073926        Lone Mountain Aircraft Management LLC        Attn: Mark Rogers        2460 Greentree Rd HNGR 12        Lebanon, OH 45036
15073927        Majid Rajaee        54 Loggers Trail        Stouffville, Ontario Canada
15073928        Media Magnet, LLC        1401 21st St., Ste R        Sacramento, CA 95811
15073929        Midway Rent a Car, Inc.        c/o Richard Scott The Molino Firm        4751 Wilshire Blvd. Ste. 207        Los Angeles, CA 90010
15073930        Miller Thomson LLP Attn: Millter Thomson        Scotia Plaza 40 King Street West        Suite 5800        P.O. Box 1011        Toronto, N M5H 3S1 Canada
15073931        San Diego City Administration        202 C St.        San Diego, CA 92101
15073932        San Diego County Treasurer Tax Collector        1600 8. Pacific Hwy        Room 162        San Diego, CA 92101
15073933        Select Portfolio Servicing, Inc.        c/o National Default Servicing Corp        7720 N. 16th St, Ste. 300        Phoenix, AZ 85020
15073934        TopDevs, LLC        Attn: Tyler Davis        149 Parkshore Drive        Folsom, CA 95630
15073935        TopDevz, LLC        Attn: Tyler Davis        149 Parkshore Drive        Folsom, CA 95630
15073936        TopDevz, LLC and Tyler Davis        c/o Kenneth R. Reynolds, Esq.        2020 Hurley Way, Suite 210        Sacramento, CA 95825
15073937        Wells Fargo        150 E. 42nd Street        New York, NY 10017

TOTAL: 32