CSD 3010 [12/01/23]

Name, Address, Telephone No. & I.D. No.

Leslie A. Cohen, Esq. (SBN: 93698)
leslie@lesliecohenlaw.com
J'aime Williams Kerper, Esq. (SBN 261148)
jaime@lesliecohenlaw.com
LESLIE COHEN LAW, PC
1615-A Montana Avenue Santa Monica, CA 90403
Telephone: (310) 394-5900 Facsimile: (310) 394-9280

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re Ashkan Mirfakhr Rajaee and Nassim Rajaee

Debtor(s)

BANKRUPTCY NO. 24-00617-CL11

Plaintiff(s)

ADVERSARY NO.

v.

Defendant(s)

# PROOF OF SERVICE

I, __Clare Hendricks__ am a resident of the State of California, over the age of 18 years, and not a party to this action.

On __04/22/2024__ , I served the following documents:
OPPOSITION TO MOTION TO APPOINT A CHAPTER 11 TRUSTEE OR, ALTERNATIVELY, CONVERT CASE TO ONE UNDER CHAPTER 7 DECLARATION OF JOHN MORRIS

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On __04/22/2024__ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

- Leslie A. Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;olivia@lesliecohenlaw.com
- David Edward Hays    ehays@marshackhays.com, cmendoza@marshackhays.com;ehays@marshackhays.com;alinares@ecf.courtdrive.com
- Elvina Rofael    elvina.rofael@usdoj.gov, Tiffany.L.Carroll@usdoj.gov;USTP.Region15@usdoj.gov
- United States Trustee    ustp.region15@usdoj.gov

☐ Chapter 7 Trustee:

☒ For Chapter 7, 11, & 12 cases:
UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐ For Chapter 13 cases:
MICHAEL KOCH, TRUSTEE
mkoch@ch13.sdcoxmail.com

CSD 3010 [12/01/23]

2. **Served by United States Mail**:

On  04/22/2024  , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

See attached

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   04/22/2024                 /s/ Clare Hendricks
              (Date)                     (Typed Name and Signature)

                                         1615-A Montana Avenue
                                         (Address)

                                         Santa Monica, CA 90403
                                         (City, State, ZIP Code)