## TENTATIVE RULING

## ISSUED BY JUDGE CHRISTOPHER B. LATHAM

| | |
|---|---|
| Bankruptcy Case: | Ashkan Mirfakhr Rajaee and Nassim Rajaee |
| Bankruptcy Number: | 24-00617-CL11 |
| Hearing: | 05/06/2024 2:30 PM |
| Motion: | STATUS CONFERENCE ON CHAPTER 11 PETITION |

The court will **hear** the matter unless Debtors submit on the tentative ruling in matter No. 18. And in that case, this matter will go off calendar as **moot** with appearances excused.