UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

# MINUTE ORDER

**Hearing Information:**

| | |
|---|---|
| **Debtor:** | Ashkan Mirfakhr Rajaee and Nassim Rajaee |
| **Case Number:** | 24-00617-CL11    **Chapter:** 11 |
| **Date / Time / Room:** | 05/06/2024 2:30 PM, Department 1 |
| **Bankruptcy Judge:** | Christopher B. Latham |
| **Courtroom Clerk:** | Josie Rodriguez-Olivas |
| **ECRO:** | Denise Hardaway |

**Matters:**

1) MOTION TO APPOINT A CHAPTER 11 TRUSTEE OR, ALTERNATIVELY, CONVERT CASE TO ONE UNDER CHAPTER 7 FILED BY TYLER DAVIS, TOPDEVS LLC

2) STATUS CONFERENCE ON CHAPTER 11 PETITION

**Appearances:**

Leslie A. Cohen, Attorney for Ashkan Mirfakhr Rajaee and Nassim Rajaee
David Edward Hays, Attorney for Tyler Davis and TopDevz LLC
Elvina Rofael, United States Trustee

**Disposition:**

1) Court heard extensive oral argument and will take the matter under submission.

Court will issue a separate written order.

2) Court will not provide a continued status conference date yet. Court will wait to see if there is a dismissal or conversion to Chapter 7. If neither occur, a continued status conference will then be promptly scheduled.