Christopher R. Barclay, Ch. 7 Trustee
451 A Street, Suite 410
San Diego, CA 92101
U.S. Mail: P.O. Box 2819, La Mesa, CA 91943-2819
Telephone (619) 255-1529
Email admin@crb7trustee.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| In re: | ) | Case No.: 24-00617-CL7 |
|---|---|---|
| | ) | |
| | ) | Chapter 7 |
| ASHKAN MIRFAKHR RAJAEE & NASSIM RAJAEE, | ) ) ) | |
| | ) | **STIPULATION TO EXTEND DEADLINE TO FILE MOTION PURSUANT TO 11 U.S.C. § 707(b)(3) AND OBJECT TO DISCHARGE UNDER 11 U.S.C. § 727(a) AND BANKRUPTCY RULE 4004(a)** |
| Debtors. | ) ) ) ) ) | |
| | ) | |
| | ) | [No Hearing Required] |
| | ) ) | |

1

**TO THE HONORABLE CHRISTOPHER B. LATHAM, UNITED STATES BANKRUPTCY JUDGE:**

The debtors, ASHKAN MIRFAKHR RAJAEE & NASSIM RAJAEE ("Debtors"), by and through their attorney of record, ALLAN CATE, and the Chapter 7 Trustee, CHRISTOPHER R. BARCLAY ("Trustee"), hereby enter into this Stipulation to Extend Deadline to File Motion Pursuant to 11 U.S.C. § 707(b)(3) and Object to Discharge Under 11 U.S.C. § 727(a) and Bankruptcy Rule 4004(a), (the "Stipulation"). In support thereof, Debtors and Trustee present the following:

**RECITALS**

A. The last day to file an 11 U.S.C. § 727(a) complaint, pursuant to Federal Rules of Bankruptcy Procedures 4004, is August 12, 2024. The last day to file an 11 U.S.C. §707(b)(3) motion, pursuant to Interim Federal Rules of Bankruptcy Procedure 1017(e), is August 12, 2024.

B. Trustee is still investigating Debtors' interest in assets and financial affairs. In addition, Trustee has not concluded the meeting of creditors. The next meeting of creditors is scheduled to take place on September 5, 2024.

C. Debtors agree to extend the time in which the Office of the United States Trustee and/or Trustee, may file a complaint objecting to Debtors' discharge pursuant to 11 U.S.C. § 727(a) to and through October 11, 2024.

D. In addition, Debtors agree to extend the time in which the Office of the United States Trustee may file a motion for dismissal pursuant to 11 U.S.C. § 707(b)(3) to and through October 11, 2024.

E. This Stipulation does not affect any dates or deadlines relating to 11 U.S.C. § 704(b) and the filing of a motion pursuant to § 707(b)(2).

F. The extension of time referred to in Paragraphs C and D above shall apply only to the Trustee and/or the Office of the United States Trustee. All other creditors remain

2

subject to deadlines prescribed by the Court and appropriate Bankruptcy Rules, unless an Order has been obtained otherwise.

G.    By signing this Stipulation, Mr. Cate, certifies that he has discussed this Stipulation to extend time with regard to 11 U.S.C. § 707(b)(3) and 11 U.S.C. § 727(a) with Debtors and that he has authority to sign this Stipulation on behalf of Debtors.

H.    This Stipulation may be executed in counterparts, each of which shall be deemed an original, and all of which constitute one and the same document.

## STIPULATION

Based upon the foregoing, Debtors and Trustee stipulate as follows:

1.    The Recitals contained in Paragraph A through H above are true and correct and are incorporated herein reference as though set forth in full.

2.    The time in which the Office of the United States Trustee and/or Trustee may pursue a complaint objecting to Debtors' discharge pursuant to 11 U.S.C. § 727(a) is extended to and through October 11, 2024.

3.    The time in which the Office of the United States Trustee may pursue a motion for dismissal pursuant to 11 U.S.C. § 707(b)(3) is extended to and through October 11, 2024.

4.    This Stipulation does not affect any dates or deadlines relating to 11 U.S.C. § 704(b) and the filing of a motion pursuant to § 707(b)(2).

5.    This Stipulation shall apply only to the Trustee and/or the Office of the United States Trustee.  All other creditors remain subject to deadlines prescribed by the Court and appropriate Bankruptcy Rules, unless an Order has been obtained otherwise.

///
///
///
///
///
///

3

1     **IT IS SO STIPULATED.**

3   DATED: August 6, 2024          By:   /s/ Christopher R. Barclay
                                                             Christopher R. Barclay
                                                             Chapter 7 Trustee

6   DATED: August __, 2024         By:   _____
                                                             Allan Cate
                                                             Attorney for Debtors

**IT IS SO STIPULATED.**

DATED: August 6, 2024  　　　　By:  /s/ Christopher R. Barclay
　　　　　　　　　　　　　　　　　　　Christopher R. Barclay
　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee

DATED: August 9, 2024  　　　　By:  [signature]
　　　　　　　　　　　　　　　　　　　Allan Cate
　　　　　　　　　　　　　　　　　　　Attorney for Debtors

4

# PROOF OF SERVICE

I, Mary Lou Cunanan, declare as follows:

I am employed in the County of San Diego, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 451 A Street, Suite 410, San Diego, CA 92101, in said County and State.  On **8/12/2024**, I served the following document(s):

**STIPULATION TO EXTEND DEADLINE TO FILE MOTION PURSUANT TO 11 U.S.C. § 707(b)(3) AND OBJECT TO DISCHARGE UNDER 11 U.S.C. § 727(a) AND BANKRUPTCY RULE 4004(a)**

on each of the interested parties stated on the attached service list.

**I.     TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **8/12/2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated below:

☒ Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**  On **8/12/2024,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.

☒ Service information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR E-MAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or e-mail as follows.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  8/12/2024          By: /s/ Mary Lou Cunanan
                                      MARY LOU CUNANAN

**TO BE SERVED BY THE COURT VIA NEF**

- **Christopher R. Barclay**  admin@crb7trustee.com, mlcunanan@crb7trustee.com;QCRBARCLAY2@ecf.axosfs.com
- **Allan Cate**  allan@acatelaw.com
- **Leslie A. Cohen**  leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;olivia@lesliecohenlaw.com
- **Sean C Ferry**  sferry@raslg.com, sean.ferry7@ecf.courtdrive.com
- **Jesse S. Finlayson**  jfinlayson@ftrlfirm.com, hkader@ftrlfirm.com
- **David Edward Hays**  ehays@marshackhays.com, cmendoza@marshackhays.com;ehays@marshackhays.com;alinares@ecf.courtdrive.com
- **Elvina Rofael**  elvina.rofael@usdoj.gov, Tiffany.L.Carroll@usdoj.gov;USTP.Region15@usdoj.gov
- **United States Trustee**  ustp.region15@usdoj.gov

**SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**

**Debtors:**
Ashkan Mirfakhr Rajaee
Nassim Rajaee
6625 Muirlands Dr
La Jolla, CA 92037
(Via First Class Mail)

P:00652329:90529.010                     -2-