## Notice Recipients

District/Off: 0974–3     User: Admin.     Date Created: 10/15/2024
Case: 24–00617–CL7     Form ID: pdfO1     Total: 5

**Recipients of Notice of Electronic Filing:**
tr     Christopher R. Barclay     admin@crb7trustee.com
aty     Allan Otis Cate, Jr     allan@acatelaw.com
aty     Jesse S. Finlayson     jfinlayson@ftrlfirm.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Ashkan Mirfakhr Rajaee     1968 S. Coast Hwy. #3550     Laguna Beach, CA 92651
jdb     Nassim Rajaee     1968 S. Coast Hwy. #3550     Laguna Beach, CA 92651

TOTAL: 2